UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-01632-JLS-ADS                    Date: December 14, 2020
Title:  Hidalgo S Masonry Inc. v. Kenneth T. Ken Cuccinelli

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Melissa Kunig | N/A |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                        Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE:
                    DISMISSAL WITHOUT PREJUDICE**

The Court is in receipt of the parties' joint Stipulation to extend time to respond to Plaintiff's Complaint by approximately four months.  (Stipulation, Doc. 19).  Plaintiff filed this action on August 28, 2020 challenging the denial of a Petition for a Nonimmigrant Worker (Form I-129) by U.S. Citizenship and Immigration Services ("USCIS") for one of its employees.  (Compl., Doc. 1).  Plaintiff alleges that the denial of the Petition was a "final agency action" under 5 U.S.C. § 704.  (Compl. ¶ 7).  The parties, however, have now informed the Court that USCIS intends to "reopen[] the administrative proceedings to allow Plaintiff to submit more evidence on behalf of its Petition."  (Stipulation at 1).  The parties therefore request an extension of Defendant's deadline to respond to Plaintiff's Complaint to allow USCIS time to "either approve the Petition or issue a final decision."  (*Id.*)

Based on the foregoing, the parties are ORDERED to show cause why this action should not be dismissed without prejudice, allowing Plaintiff to refile its suit pending USCIS's final decision regarding the Petition.  The parties shall file a response to this Order no later than **five (5) days** from the issuance of this Order.  Failure to timely and

adequately respond to this Order will result in the immediate dismissal of this action without prejudice and without further notice.

Initials of Deputy Clerk: mku