UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-01632-JLS-ADS                                         Date: December 29, 2020
Title:  Hidalgo S Masonry Inc. v. Kenneth T. Ken Cuccinelli

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER (1) GRANTING IN PART STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER AND (2) ISSUING FURTHER ORDER TO SHOW CAUSE RE JURISDICTION**

　　　　On December 9, 2020, the parties jointly stipulated to extend time to respond to the Complaint by approximately four months due to the reopening of the underlying administrative proceedings that form the basis of this action.  (Stipulation, Doc. 19).  On December 14, 2020, the Court ordered the parties to show cause why it should not dismiss the action without prejudice to Plaintiff's refiling of the lawsuit pending the agency's final decision.  (OSC, Doc. 20).  Plaintiff timely responded, explaining that Plaintiff has already incurred over $900 in fees to file this lawsuit and would have to bear these costs again if litigation remains necessary.  (Response, Doc. 21).

　　　　While the Court is sympathetic to Plaintiff's financial burden, it remains concerned that the Complaint on file purports to establish this Court's jurisdiction based on "final agency action."  In the stipulation before this Court, however, the parties have agreed to reopen the administrative proceedings and allow for submission of further evidence by the Plaintiff and the issuance of a final decision by USCIS.  Hence, it appears there is no final action over which this Court has jurisdiction. Any future action by USCIS has not yet occurred and could not be the subject of the existing Complaint.

　　　　Accordingly, the Court ORDERS PLAINTIFF TO SHOW CAUSE no later than **January 11, 2021,** as to the basis for the Court's jurisdiction absent any final agency action.  To prevent Defendant from having to respond while this OSC is pending, the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-01632-JLS-ADS                           Date: December 29, 2020
Title:  Hidalgo S Masonry Inc. v. Kenneth T. Ken Cuccinelli

Court extends Defendant's time to answer or otherwise respond to Plaintiff's complaint until **five business days** after this Court's ruling on the OSC.

Initials of Deputy Clerk:  mku