UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIDALGO S MASONRY INC., <br><br> Plaintiff, <br><br> v. <br><br> UR M. JADDOU, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | Case No. 8:20-cv-01632 JLS (ADSx) <br><br><br> **JUDGMENT** |

    The Court having considered the pleadings and evidence presented, and in accordance with its May 16, 2022 Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Cross Motion for Motion Summary Judgment,

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant and against Plaintiff.

    DATED: May 24, 2022

*JOSEPHINE L. STATON*
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

-2-